IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRYSTAL HEIMBACH,** | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 12-4963 |
| **CAROLYN W. COLVIN,** **Commissioner of the Social Security Administration,** | |
| Defendant.[1] | |

# O R D E R

**AND NOW**, this 15th day of October 2014, upon consideration of the plaintiff's request for review (Doc. No. 8), any responses thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 16), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[2]

2. The Plaintiff's request for review is **DENIED**; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Heimbach's complaint was filed against Michael J. Astrue. In February 2013, Carolyn Colvin replaced Astrue as the Acting Commissioner of the Social Security Administration. Colvin, therefore, is now the proper defendant. See Fed. R. Civ. P. 25(d); see also 42 U.S.C. § 405(g).

[2] The plaintiff filed no objections to the Report and Recommendation.